[No. 5440–3–III.   Division Three.   June 30, 1983.]

TERRY LEE HESS, *Respondent*, v. THE STATE OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82–2–00318–3, Yancey Reser, J., entered September 30, 1982. *Reversed* by unpublished per curiam opinion.

[No. 4583–8–III.   Division Three.   June 30, 1983.]

CAMP CHEVROLET, INC., *Respondent*, v. BRUCE FINAFROCK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 80–2–03863–4, Donald N. Olson, J., entered April 30, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.

[No. 5037–8–III.   Division Three.   June 30, 1983.]

*In the Matter of* RALPH E. CARTER, *Petitioner*.

RALPH E. CARTER, *Respondent*, v. C. R. M. KASTAMA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 81–2–00038–1, Yancey Reser, J., entered January 20, 1982. *Reversed* by unpublished per curiam opinion.